UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOHN CERASUOLO CO., INC.          :

        Plaintiff                  :

v.                                 :  Civil No. _____

PIO ENTERPRISES, INC.,             :  **RULE 7.1 DISCLOSURE**
ANGELO INGRASSIA, JOE FARACI and   :
PHILIP L. PUCCIA                   :

        Defendants                 :



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, John Cerasuolo Co., Inc., by and through counsel, certifies that John Cerasuolo Co., Inc., is not a publicly traded entity and has no other parents, subsidiaries or affiliates which are publicly held.

Dated this 11th day of June, 2008

        Respectfully submitted

        LAW OFFICES OF BRUCE LEVINSON

        By: _____
        Bruce Levinson (BL-0749)
        Gregory Brown (GB-1977)
        747 Third Avenue, 4th Floor
        New York, New York 10017-2803
        (212) 750-9898

        and

        Louis W. Diess, III
        McCARRON & DIESS
        4900 Massachusetts Ave., N.W. Suite 310
        Washington, D.C. 20016
        (202) 364-0400

        Attorneys for Plaintiff