UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CERASUOLO CO., INC. | : |
| | : Civil No. 08cv5334 (LAP)(DCF) |
| Plaintiff | : |
| | : **MOTION FOR TEMPORARY** |
| v. | : **RESTRAINING ORDER** |
| | : **WITHOUT NOTICE AND** |
| PIO ENTERPRISES, INC. | : **ORDER TO SHOW CAUSE** |
| ANGELO INGRASSIA, JOE FARACI and | : **WHY A PRELIMINARY** |
| PHILIP L. PUCCIA | : **INJUNCTION SHOULD NOT** |
| Defendants | : **BE ISSUED** |

Upon the verified affidavit of the representative of the plaintiff, the Attorney Certification Why Notice Should Not Be Given Pursuant to Rule 65(b), and the accompanying memorandum in support, plaintiff moves the Court to issue a temporary restraining order without notice and an order to show cause why a Preliminary Injunction should not be issued under Rule 65(b) of the Federal Rules of Civil Procedure enforcing the statutory trust established by Section 5(c) of the Perishable Agriculture Commodities Act, 7 U.S.C. §499e(c), by restraining the transfer of any and all assets of Pio Enterprises, Inc., except for any payment to plaintiff, up to $50,094.00, pending either payment to plaintiff by cashiers or certified check of $50,094.00 or a further hearing to be set within ten (10) days of the issuance of the temporary restraining order.

Dated this 11th day of June, 2008.        Respectfully submitted

                                          LAW OFFICES OF BRUCE LEVINSON


                                   By:  /s/ Gregory Brown
                                          Bruce Levinson (BL-0749)
                                          Gregory Brown (GB-1977)
                                          747 Third Avenue, 4th Floor
                                          New York, New York 10017-2803
                                          (212) 750-9898

                                                 and

- 2 -

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W. Suite 310
Washington, D.C. 20016
(202) 364-0400

Attorneys for Plaintiff