UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN CERASUOLO CO., INC. | : | |
| Plaintiff | : | |
| v. | : | Civil No. 08cv5334 (LAP)(DCF) |
| PIO ENTERPRISES, INC. ANGELO INGRASSIA, JOE FARACI and PHILIP L. PUCCIA | : | **MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants | : | |

Upon the verified affidavit of the representative of the plaintiff, and the accompanying memorandum in support, plaintiff moves the Court to issue a preliminary injunction under Rule 65(b) of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant Section 5(c) of the Perishable Agriculture Commodities Act, 7 U.S.C. §499e(c), by restraining the transfer of any and all trust assets of Pio Enterprises, Inc. except for any payment to plaintiff until there is either full payment to plaintiff of $50,094.00 pending the final outcome of this action.

Dated this 11th day of June, 2008.

                                        Respectfully submitted

                                        LAW OFFICES OF BRUCE LEVINSON

                              By: /s/ Gregory Brown
                                 Bruce Levinson (BL-0749)
                                 Gregory Brown (GB-1977)
                                 747 Third Avenue, 4th Floor
                                 New York, New York 10017-2803
                                 (212) 750-9898

                                        and

- 2 -

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W. Suite 310
Washington, D.C. 20016
(202) 364-0400

Attorneys for Plaintiff

- 2 -