UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN CERASUOLO CO., INC.<br><br>Plaintiff<br><br>v.<br><br>PIO ENTERPRISES, INC.<br>ANGELO INGRASSIA, JOE FARACI and<br>PHILIP L. PUCCIA<br><br>Defendants | : | Civil No. 08cv5334 (LAP)(DCF)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED AND PRELIMINARY INJUNCTION** |

Kenneth J. Cavallaro, Sr., being duly sworn, deposes and says:

1. I am the treasurer of John Cerasuolo Co., Inc. (“Cerasuolo”), and make this Affidavit in support of an application for emergency relief pursuant to Rule 65 of the Federal Rules of Civil Procedure.

2. I am personally familiar with all matters which are the subject of this proceeding and the facts set forth in this affidavit are within my personal knowledge. If called upon as a witness, I would and could competently testify to all facts stated in this affidavit.

3. Cerasuolo is a corporation located in Chelsea, Massachusetts, which sells wholesale quantities of perishable agricultural commodities (hereafter "produce"). Cerasuolo is a produce dealer subject to and licensed under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499a *et. seq.* (hereafter "PACA").

4. a. Pio Enterprises, Inc. ("Pio Enterprises") is a produce dealer as defined by 7 U.S.C. §499a and operates subject to and is licensed under the PACA.

b. Upon information and belief, Angelo Ingrassia, Joe Faraci and Philip L. Puccia were responsible for the day-to-day operations of Pio Enterprises during the time in question and were in positions of control over the PACA trust assets belonging to plaintiff.

5. The sales and accounts receivable records of Cerasuolo including invoices and account statements are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record. These business records are made by me or under my direction and supervision by employees whose duty it is to prepare such documents.

6. My responsibilities include monitoring the sale of perishable agricultural commodities, including those sales that are the subject of this dispute. My responsibilities also include supervising collection of the accounts receivable for such sales, including Pio Enterprises's account which is the subject of the present application. I have custody and control of the sales and accounts receivable records of Cerasuolo as they relate to Pio Enterprises and I am thoroughly familiar with the manner in which those records are compiled.

7. Between December 31, 2007 and April 4, 2008, Cerasuolo sold and delivered to defendants, in interstate commerce, various wholesale lots of produce worth $50,094.00 which remains unpaid. (Copies of the outstanding invoices are attached hereto as Exhibit A.)

8. Defendants accepted the produce received from Cerasuolo.

9. Cerasuolo preserved its interest in the PACA trust in the amount of $50,094.00 by timely delivering invoices to defendants, which contained the language required under Section 5(c)(4) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c)(4). (See Exhibit A.)

10. Defendants are obligated to hold in trust all produce-related assets received from the sale of produce in order to pay $50,094.00 to Cerasuolo.

11. Defendants have never disputed the amount of the debt owed to plaintiff.

12. For the last two weeks I and other employees of Cerasoulo have repeatedly attempted to contact defendants by telephone to discuss payment. However, each time we call, the phone is not answered. We have also tried to call the principals of Pio Enterprises on their cell phones, but all the cell phone number we have for the principals have been disconnected. We have learned through other customers in the Bronx market that defendants are no longer operating.

13. Defendants' failure, refusal, inability to pay the amount of $50,094.00, and the closing of their business without making payment to plaintiff, demonstrates that defendants are failing to maintain sufficient assets in the statutory trust and have dissipated and will continue to dissipate trust assets belonging to plaintiff.

14. Unless the assets of the defendant corporation are frozen, it is likely the trust assets will continue to be dissipated. As a result, Cerasuolo will suffer immediate and irreparable harm because it will lose the trust assets and rights that are owed under the statute.

15. No provisional remedy has been secured or sought in this action, and no prior application has been made for the same or similar relief as is sought herein.

I do solemnly declare under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

JOHN CERASUOLO CO., INC.

By: ______________________ Treasurer
Kenneth J. Cavallaro, Sr., Treasurer

Subscribed and sworn to before me this 10th day of June, 2008.

______________________
Notary Public

My Commission Expires: Feb 13, 2009



**JOHN CERASUOLO CO., INC.**
COMMISSION FARM PRODUCE
DOMINIC CAVALLARO, JR. -- KENNETH J. CAVALLARO
38 NEW ENGLAND PRODUCE CENTER CHELSEA, MA 02150-1719
TEL. 617-884-3760 FAX 617-884-8272

SOLD TO: P.I.O. Enterprises, Inc.
# 563 350 Casanova Street

Bronx, NY 10474-6708

DATE: 12/31/07
INVOICE NO. 103499
TICKET NO. 3807
PICKED UP 12/26/07

| PROD CODE | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | TOTAL CHARGE |
|---|---|---|---|---|---|
| 8200 | 42 | Case | Cukes | 10.00 | 420.00 |
| 10886 | 80 | Case | Squash, Green | 14.00 | 1120.00 |
| 11095 | 160 | Case | Tomato, Roma | 15.00 | 2400.00 |
| 8231 | 120 | Case | Cuke, European | 6.00 | 720.00 |
| 10263 | 144 | Case | Peppers, Suntan | 3.00 | 432.00 |
| 10230 | 60 | Case | Peppers, XL Green | 10.00 | 600.00 |
| 10260 | 112 | Case | Peppers, Red | 12.00 | 1344.00 |
| 10275 | 120 | Case | Peppers, Mixed Red | 3.00 | 360.00 |
| 10208 | 98 | Case | Peppers, Jumbo Green | 10.00 | 980.00 |

TOTAL DUE 8376.00

Pd #285 5/27/08 3771.00
4605.00

The perishable agricultural commodities list on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ALL CLAIMS MUST BE MADE IMMEDIATELY ON RECEIPT OF GOODS, OR THEY WILL NOT BE RECOGNIZED. ALL SHIPMENTS AT BUYER'S RISK - NOT RESPONSIBLE FOR DAMAGE BY

06/06/2008 09:56 16178848272 JOHN CERASUOLO COINC PAGE 02/07




# JOHN CERASUOLO CO., INC.

COMMISSION FARM PRODUCE

DOMINIC CAVALLARO, JR. — KENNETH J. CAVALLARO

38 NEW ENGLAND PRODUCE CENTER
TEL. 617-884-3760

CHELSEA, MA 02150-1719
FAX 617 884 8272


SOLD TO: P.I.O. Enterprises, Inc.
# 563 350 Casanova Street

Bronx, NY 10474-6708

DATE: 01/24/08
INVOICE NO. 104278
TICKET NO. 3809

PICKED UP 1/14/08

| PROD CODE | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | TOTAL CHARGE |
|---|---|---|---|---|---|
| 8260 | 59 | Case | Cukes, Super Select | 20.00 | 1180.00 |
| 10207 | 296 | Case | Peppers, Large Green | 9.00 | 2664.00 |
| 10260 | 175 | Case | Peppers, Red | 6.00 | 1050.00 |
| 9999 | 180 | Case | Peppers, Red Lg | 6.00 | 1080.00 |
| 8613 | 56 | Case | Eggplant, 24 Count | 9.00 | 504.00 |
| 10275 | 300 | Case | Peppers, Mixed Red | 6.00 | 1800.00 |
| 10208 | 180 | Case | Peppers, Jumbo Green | 11.00 | 1980.00 |

TOTAL DUE 10258.00

The perishable agricultural commodities list on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ALL CLAIMS MUST BE MADE IMMEDIATELY ON RECEIPT OF GOODS, OR THEY WILL NOT BE RECOGNIZED. ALL SHIPMENTS AT BUYER'S RISK. NOT RESPONSIBLE FOR DAMAGE BY ... INVOICES OUTSTANDING AFTER 30 DAYS ARE SUBJECT TO A FINANCE CHARGE OF 1 1/2% PER MONTH (ANNUAL PERCENTAGE RATE 18%)



# JOHN CERASUOLO CO., INC.

COMMISSION FARM PRODUCE
DOMINIC CAVALLARO, JR. — KENNETH J. CAVALLARO
38 NEW ENGLAND PRODUCE CENTER CHELSEA, MA 02150-1719
TEL. 617-884-0700 FAX 617-884-8272

SOLD TO: # 563
P.I.O. Enterprises, Inc.
350 Casanova Street

Bronx, NY 10474-6708

DATE: 01/28/08
INVOICE NO. 104399
TICKET NO. 2589
PICKED UP 1/21/08

| PROD CODE | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | TOTAL CHARGE |
|---|---|---|---|---|---|
| 8240 | 47 | Case | Cukes, Plain | 8.00 | 376.00 |
| 8250 | 47 | Case | Cukes, Select | 8.00 | 376.00 |
| 8250 | 42 | Case | Cukes, Select | 8.00 | 336.00 |
| 8612 | 48 | Case | Eggplant, 18 Count | 7.00 | 336.00 |
| 11095 | 162 | Case | Tomato, Roma | 8.00 | 1296.00 |
| 8231 | 144 | Case | Cuke, European | 3.00 | 432.00 |
| 10886 | 80 | Case | Squash, Green | 11.00 | 880.00 |
| 9999 | 80 | Case | Squash, Green Fcy | 11.00 | 880.00 |
| 10275 | 120 | Case | Peppers, Mixed Red | 5.00 | 600.00 |
| 10208 | 180 | Case | Peppers, Jumbo Green | 10.00 | 1800.00 |
| 10230 | 49 | Case | Peppers, XL Green | 10.00 | 490.00 |
| 10210 | 60 | Case | Peppers, XXL Green | 10.00 | 600.00 |
| 10275 | 245 | Case | Peppers, Mixed Red | 5.00 | 1225.00 |
| 10260 | 60 | Case | Peppers, Red | 6.00 | 360.00 |

**TOTAL DUE** 9987.00

The perishable agricultural commodities list on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ALL CLAIMS MUST BE MADE IMMEDIATELY ON RECEIPT OF GOODS, OR THEY WILL NOT BE RECOGNIZED. ALL SHIPMENTS AT BUYER'S RISK - NOT RESPONSIBLE FOR DAMAGE BY

06/06/2008 09:56 16178848272 JOHN CERASUOLO COINC PAGE 04/07



# JOHN CERASUOLO CO., INC.

COMMISSION FARM PRODUCE

DOMINIC CAVALLARO, JR. — KENNETH J. CAVALLARO
38 NEW ENGLAND PRODUCE CENTER CHELSEA, MA 02150-1719
TEL. 617-884-3760 FAX 617-884-8272

SOLD TO: # 563
P.I.D. Enterprises, Inc.
350 Casanova Street
Bronx, NY 10474-6708

DATE: 02/13/08
INVOICE NO. 104982
TICKET NO. 3810
PICKED UP 1/04/08

| PROD CODE | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | TOTAL CHARGE |
|---|---|---|---|---|---|
| 8260 | 98 | Case | Cukes, Super Select | 12.00 | 1176.00 |
| 10208 | 120 | Case | Peppers, Jumbo Green | 12.00 | 1440.00 |
| 10287 | 112 | Case | Peppers, Yellow | 11.00 | 1232.00 |
| 9999 | 112 | Case | Peppers, Ch Red | 8.00 | 896.00 |
| 9999 | 98 | Case | Peppers, XL Red | 10.00 | 980.00 |
| 9999 | 91 | Case | Peppers, Lg Red | 8.00 | 728.00 |
| 10207 | 60 | Case | Peppers, Large Green | 11.00 | 660.00 |
| 11120 | 320 | Case | Tomatoes | 4.00 | 1280.00 |
| 9999 | 630 | Case | Tomatoes, Vine Ripe | 4.00 | 2520.00 |
| | | | | TOTAL DUE | 10912.00 |

The perishable agricultural commodities list on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ALL CLAIMS MUST BE MADE IMMEDIATELY ON RECEIPT OF GOODS, OR THEY WILL NOT BE RECOGNIZED. ALL SHIPMENTS AT BUYER'S RISK - NOT RESPONSIBLE FOR DAMAGE BY



**JOHN CERASUOLO CO., INC.**
COMMISSION FARM PRODUCE
DOMINIC CAVALLARO, JR. — KENNETH J. CAVALLARO
38 NEW ENGLAND PRODUCE CENTER CHELSEA, MA 02150-1719
TEL. 617-884-3760 FAX 617-884-8272

SOLD TO: # 563
P.I.O. Enterprises, Inc.
350 Casanova Street

Bronx, NY 10474-6708

DATE: 03/17/08
INVOICE NO. 106196
TICKET NO. 3811

PICKED UP 3/10/08

| PROD CODE | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | TOTAL CHARGE |
|---|---|---|---|---|---|
| 11095 | 320 | Case | Tomato, Roma | 5.00 | 1600.00 |
| 11165 | 316 | Case | Tomato, 4x5 | 7.00 | 2212.00 |
| 10260 | 80 | Case | Peppers, Red | 15.00 | 1200.00 |
| 8613 | 49 | Case | Eggplant, 24 Count | 10.00 | 490.00 |
| 10886 | 80 | Case | Squash, Green | 7.00 | 560.00 |
| 10886 | 80 | Case | Squash, Green | 7.00 | 560.00 |
| 11050 | 160 | Case | Tomato, 5x6 | 10.00 | 1600.00 |
| 11105 | 160 | Case | Tomatoes, Hot House | 7.00 | 1120.00 |

TOTAL DUE 9342.00

The perishable agricultural commodities list on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ALL CLAIMS MUST BE MADE IMMEDIATELY ON RECEIPT OF GOODS, OR THEY WILL NOT BE RECOGNIZED. ALL SHIPMENTS AT BUYER'S RISK - NOT RESPONSIBLE FOR DAMAGE BY



**JOHN CERASUOLO CO., INC.**
COMMISSION FARM PRODUCE
DOMINIC CAVALLARO, JR. — KENNETH J. CAVALLARO
38 NEW ENGLAND PRODUCE CENTER CHELSEA, MA 02150-1719
TEL. 617-884-3760 FAX 617-884-8272

SOLD TO: # 563
P.I.O. Enterprises, Inc.
350 Casanova Street

Bronx, NY 10474-6708

DATE: 04/04/08
INVOICE NO. 106904
TICKET NO. 21040
PICKED UP 3/17/08

| PROD CODE | QUANTITY | UNIT | PRODUCT DESCRIPTION | PER UNIT | TOTAL CHARGE |
|---|---|---|---|---|---|
| 10275 | 300 | Case | Peppers, Mixed Red | 7.50 | 2250.00 |
| 10205 | 120 | Case | Peppers | 4.00 | 480.00 |
| 8610 | 60 | Case | Eggplant | 7.00 | 420.00 |
| 10886 | 80 | Case | Squash, Green | 8.00 | 640.00 |
| 10207 | 120 | Case | Peppers, Large Green | 8.00 | 960.00 |
| 10250 | 60 | Case | Peppers, Long Hot | 4.00 | 240.00 |

TOTAL DUE 4990.00

The perishable agricultural commodities list on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ALL CLAIMS MUST BE MADE IMMEDIATELY ON RECEIPT OF GOODS, OR THEY WILL NOT BE RECOGNIZED. ALL SHIPMENTS AT BUYER'S RISK - NOT RESPONSIBLE FOR DAMAGE ...