UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CERASUOLO CO., INC. : | |
| : | |
| Plaintiff : | |
| : | Civil No. 08 cv 5334 |
| v. : | |
| : | |
| PIO ENTERPRISES, INC., : | |
| ANGELO INGRASSIA, JOE FARACI and : | |
| PHILIP L. PUCCIA : | |
| Defendants : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Order to Show Cause Why A Preliminary Injunction Should Not Issue and Temporary Restraining, Memorandum in Support of Plaintiff's Motions for Order Show Cause Why A Preliminary Injunction Should Not Issue, Temporary Restraining Order and Preliminary Injunction, Proposed Preliminary Injunction, Summons and Complaint, Rule 7.1 Disclosure, Individual Practices of Judge Loretta A. Preska, and Individual Practices of Magistrate Judge Debra Freeman was mailed, by overnight delivery, Federal Express, on the 11th day of June, 2008 to:

Joe Faraci
350 Casanova Street
Bronx, New York 10474

Pio Enterprises Inc.
350 Casanova Street
Bronx, New York 10474

Angelo Ingrassia
21-67 37th Street
Queens, New York 11105

Angelo Ingrassia
21-67 37th Street
Queens, New York 11105

Philip L. Puccia
350 Casanova Street
Bronx, New York 10474

s/ Gregory Brown_____