UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN CERASUOLO CO., INC.

                  Case No.: 08 CV 5334 (LAP)

             Plaintiffs,

                  **NOTICE OF APPEARANCE**

   -against-

PIO ENTERPRISES, INC., ANGELO INGRASSIA,
JOE FARACI and PHILIP L. PUCCIA

             Defendants.
------------------------------------------------------------------X

**S I R:**

     **PLEASE TAKE NOTICE** that the undersigned attorney appears on behalf of the above-named defendants, PIO ENTERPRISES, INC., ANGELO INGRASSIA and JOE FARACI and hereby demands, that you serve a copy of all future pleadings and correspondence upon the undersigned, at the office and post office address stated below.

Dated: Westbury, New York
       June 16, 2008

                                      Yours, etc.,

                                      **KREINCES & ROSENBERG, P.C.**

                           By:_____
                                LEONARD KREINCES (LK/6524)
                                Attorney for Plaintiffs
                                900 Merchants Concourse, Suite 305
                                Westbury, New York 11590
                                (516) 227-6500

TO:   BRUCE LEVINSON, ESQ.
        747 Third Avenue
        New York, New York 10017
        (212) 750-9898

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

DAWN GENTZ, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside at Massapequa, New York.

On June 16, 2008, I served a true copy of the annexed NOTICE OF APPEARANCE by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

BRUCE LEVINSON, ESQ.
747 Third Avenue
New York, New York 10017
(212) 750-9898

_____
DAWN GENTZ

Sworn to before me this
16th day of June, 2008

_____
Notary Public

LEONARD KREINCES
Notary Public, State of New York
No. 02KR7364365
Qualified in Nassau County
Commission Expires 1/31/2011