*Law Offices of*
*Bruce Levinson, Esq.*
747 Third Avenue, New York, New York 10017-2803
Tel: (212) 750-9898  Fax: (212) 750-2536
E-mail: b.levinson@verizon.net

Bruce Levinson
Gregory Brown

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

June 17, 2008

**VIA FACSIMILE**
(212) 805-7941

Hon. Loretta A. Preska
United States District Court
500 Pearl Street
Room 1320
New York, New York 10007

Re: John Cerasuolo Co., Inc. v. Pio Enterprises, Inc.; Index No. 08cv5334

Honorable Madam:

We are the attorneys for plaintiff in the above-referenced matter. Pursuant to your Honor's direction this morning, we have spoken with Paul Gentile, Esq., attorney for Philip L. Puccia, and have agreed that the temporary restraining order entered in this action will not be served on banking institutions to freeze Mr. Puccia's personal bank accounts, or to freeze bank accounts of third party corporate entities in which Mr. Puccia has an ownership interest, until such time as this matter can be heard by your Honor. The parties further agree that nothing herein is to be construed as a waiver of plaintiff's right to pursue causes of action against Mr. Puccia or any third party corporate entities in which he has an ownership interest, such rights being fully reserved.

Based on the foregoing representations, and the consent of Mr. Kreinces, attorney for Pio Enterprises, Inc. and the remaining individual defendants, it is respectfully requested that the temporary restraining order entered by your honor on June 11, 2008, remain in full force and effect as against all defendants subject to the limitations of this letter. In addition, the parties respectfully request that plaintiff's motion for a preliminary injunction be adjourned until July 1, 2008 at 9:30 AM.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 18, 2008

Hon. Loretta A. Preska
June 17, 2008
Page 2

Thank you for your attention to this matter.

Sincerely,
Law Offices of Bruce Levinson

By: _____
Gregory Brown

cc.: Leonard Kreinces, Esq. (via fax: 516-227-6594)
Paul Gentile, Esq. (via fax: 212- 619-3626)
Louis W. Diess, Esq. (via fax: 202-364-2731)

**SO ORDERED this** _____ **day of June, 2008.**

_____
Hon. Loretta A. Preska
U.S. District Court Judge