```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

## Law Offices of
## Bruce Levinson, Esq.
747 Third Avenue, New York, New York 10017-2803
Tel: (212) 750-9898   Fax: (212) 750-2536
E-mail: b.levinson@verizon.net

Bruce Levinson
Gregory Brown

June 27, 2008

**VIA FACSIMILE**
(212) 805-7941

Hon. Loretta A. Preska
United States District Court
500 Pearl Street
Room 1320
New York, New York 10007

**Re: John Cerasuolo Co., Inc. v. Pio Enterprises, Inc.; Index No. 08cv5334**

Honorable Madam:

    We are the attorneys for plaintiff in the above-referenced matter. Plaintiff's order to show cause, originally returnable on June 17, 2008, was adjourned on consent of all parties to July 1, 2008. The additional time gave the parties an opportunity to exchange documents and determine whether this matter could be resolved without further judicial intervention. Based on a review of those documents, it appears that this case may be ripe for a PACA claims procedure that will streamline the litigation substantially. Therefore, the parties jointly and respectfully request an additional adjournment until July 16, 2008 at 9:30 A.M. so that the necessary motion papers can be prepared.   ①

    The parties have agreed that the temporary restraining order, entered by your Honor on June 11, 2008, and modified by the endorsed letter dated June 17, 2008 (Docket Entry 11), shall remain in full force and effect until this matter can be heard by the Court.   ②

    This is the parties' second request for an adjournment, the first request having been granted as set forth above.

June 29, 2008

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Hon. Loretta A. Preska
June 27, 2008
Page 2

Thank you for your attention to this matter.

Respectfully yours,
Law Offices of Bruce Levinson

By: _____
Gregory Brown

cc.: Leonard Kreinces, Esq. (via fax: 516-227-6594)
Paul Gentile, Esq. (via fax: 212- 619-3626)
Louis W. Diess, III, Esq. (via fax: 202-364-2731)

**SO ORDERED** this ____ day of **June, 2008.**

_____
Hon. Loretta A. Preska
U.S. District Court Judge