```
                    USDC SDNY
                    DOCUMENT
                    ELECTRONICALLY FILED
                    DOC #: _____
                    DATE FILED: 7/18/08
```

*Law Offices of*
*Bruce Levinson, Esq.*
747 Third Avenue, New York, New York 10017-2803
Tel: (212) 750-9898    Fax: (212) 750-2536
E-mail: b.levinson@verizon.net

*Bruce Levinson*
*Gregory Brown*

July 17, 2008

**VIA FACSIMILE**
**(212) 805-7941**

Hon. Loretta A. Preska
United States District Court
500 Pearl Street
Room 1320
New York, New York 10007

      **Re: John Cerasuolo Co., Inc. v. Pio Enterprises, Inc.; Index No. 08cv5334**

Honorable Madam:

      Pursuant to plaintiff's letter to the Court dated June 27, 2008, endorsed by your Honor on June 29, 2008, which adjourned the above-referenced matter until July 16, 2008, counsel for all parties were in Court yesterday morning on plaintiff's motion for a preliminary injunction. Your deputy calendar clerk, Megan Philips, explained to plaintiff's attorney that this matter was not on the Court's calendar, and that your Honor had been called away for an emergency. Therefore, this matter was not heard.

      Counsel for all parties had an opportunity to confer, and have agreed that the terms of the Stipulation and Agreed Order Establishing PACA Trust Claims Procedure, which is being circulated among counsel, will be finalized shortly. The Stipulation provides for the consolidation of defendant Pio Enterprises's assets for ultimate distribution to all existing PACA trust creditors. The parties shall submit to the Court a fully executed copy of the Stipulation for approval by your Honor on or before July 31, 2008. Assuming the Stipulation is approved by the Court, the parties respectfully request that a control date of September 9, 2008 be placed on the Court's calendar to ensure that the claims procedure is advancing in a manner advantageous to all parties.

**SO ORDERED**

*[signature]* Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 17, 2008

Hon. Loretta A. Preska
July 17, 2008
Page 2

    Thank you for your attention to this matter.

                                                 Respectfully yours,
                                                 Law Offices of Bruce Levinson
                                                 Attorneys for Plaintiff

                              By:    _____
                                         Gregory Brown

                                        - and -

                                        Kreinces and Rosenberg, P.C.
                                        Attorneys for Defendants Pio
                                        Enterprises, Inc. Angelo Ingrassia
                                        and Joe Facai

                              By:    /s/ Leonard Kreinces
                                         Leonard Kreinces

                                        - and -

                                        Gentile and Dickler, LLP
                                        Attorneys for Defendant Philip L. Puccia

                              By:    /s/ Paul Gentile
                                         Paul Gentile

cc.:    Louis W. Diess, III, Esq. (via fax: 202-364-2731)
        Marion Quesenbury, Esq. (via fax: 510-705-8737)