## Law Offices of
### Bruce Levinson, Esq.
747 Third Avenue, New York, New York 10017-2803
Tel: (212) 750-9898   Fax: (212) 750-2536
E-mail: b.levinson@verizon.net

Bruce Levinson
Gregory Brown

August 1, 2008

**VIA FACSIMILE**
(212) 805-7941

Hon. Loretta A. Preska
United States District Court
500 Pearl Street
Room 1320
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/08

Re: John Cerasuolo Co., Inc. v. Pio Enterprises, Inc.; Index No. 08cv5334

Honorable Madam:

Pursuant to the parties' letter to the Court dated July 17, 2008, the parties were to submit to the Court a fully executed copy of the Stipulation and Agreed Order Establishing PACA Trust Claims Procedure for approval by your Honor on or before July 31, 2008. Because counsel for both plaintiff and Mr. Puccia were on trial until yesterday afternoon, the parties were unable to finish negotiating the terms of the Stipulation. Accordingly, we respectfully request an extension of time until August 8, 2008 to submit the Stipulation.

Thank you for your attention to this matter.

So ordered
Loretta A Preska
USDJ
August 7, 2008

By:

Respectfully yours,
Law Offices of Bruce Levinson
Attorneys for Plaintiff

Gregory Brown

cc:   Leonard Kreinces, Esq. (via fax: 212-619-3626)
      Paul Gentile, Esq. (via fax: 516-227-6594)
      Louis W. Diess, III, Esq. (via fax: 202-364-2731)
      Marion Quesenbury, Esq. (via fax: 510-705-8737)