UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN CERASUOLO CO., INC.

                Plaintiffs,

vs.

PIO ENTERPRISES, INC., ANGELO
INGRASSIA, JOE FARACI and PHILIP L.
PUCCIA,

                Defendants.
-----------------------------------------------------------X

Case No.:
08 CIV 5334 (LAP)

ECF CASE

NOTICE OF
APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Take notice that Paul T. Gentile of Gentile & Dickler, LLP has appeared in this action. Service of all pleadings, paper, and document required to be served in this action should also be served on Defendant Philip L. Puccia through his counsel as follows:

                Paul T. Gentile
            Gentile & Dickler, LLP
            261 Madison Avenue
                25th Floor
          New York, New York 10016
              212-619-2700

            GENTILE & DICKLER, LLP

    By: _____
           Paul T. Gentile (PG4037)
           Attorneys for Defendant Philip L. Puccia